NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY D. PITTS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7109

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0280, Judge Lawrence B. Hagel.

---

## ON MOTION

---

## ORDER

Upon consideration of Larry D. Pitts' motion for a 14-day extension of time, until May 24, 2011, to file his informal brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 1 3 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Larry D. Pitts (Informal Brief Form Enclosed)
Nicholas Jabbour, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 1 3 2011

**JAN HORBALY**
**CLERK**